**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| Beta Music Group, Inc. and | Case No. 12199-SMG |
| Get Credit Healthy, Inc., | Case No. 12201-SMG |
| | (Jointly Administered) |
| Debtors. | |
| _____ / | |

### CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtors-in-Possession, Beta Music Group, Inc. and Get Credit Healthy, Inc., file this Consolidated Chapter 11 Case Management Summary and state:

The following data represents approximations for background information only and the information represents the Debtors' best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **March 5, 2021**.

2. Names, case numbers and dates of filing of related debtors:

    a. **Beta Music Group, Inc.., Case No. 21-12199-SMG, filed on March 5, 2021; and**

    b. **Get Credit Healthy, Inc., Case No. 21-12201-SMG, filed on March 5, 2021**

3. Description of debtor' business: **Beta Music Group, Inc. (OTC PINK: BEMG) is a holding company and its sole asset is its 100% ownership of Get Credit Healthy, Inc. Get Credit Healthy, Inc. is an entity that provides a platform upon which non-profit FICO and HUD-certified counselors provide credit education, housing counseling and a technology network to connect borrowers, non-profits, and lenders in a secure environment to help build the credit profiles of non-qualified credit candidates.**

**Get Credit Healthy also utilizes its proprietary processes, platform, and software to integrate with lenders to make it easier to recapture leads. It was developed for and by those with extensive experience in the mortgage industry.**

4.  Locations of debtor's operations and whether the business premises are leased or owned:

| Location | Leased | Owned |
|---|---|---|
| Beta Music Group, Inc.<br>4581 Weston Road, Unit 162<br>Weston, FL 33331 | X | |
| Get Credit Healthy, Inc.<br>4581 Weston Road, Unit 162<br>Weston, FL 33331 | X | |

5.  Reasons for filing chapter 11:

The cost of running the companies' operations began to exceed the revenue that they generated. Additionally, a former officer of the company orchestrated the filing of multiple lawsuits against the Debtors in state court, most of which contain unfounded allegations, and those lawsuits assert damages in the approximate amount of $1,000,000. The Debtors dispute any liability; however, cannot afford the attorneys' fees that prolonged litigation would require.

In addition to the multiple lawsuits, COVID-19 adversely impacted GCH's revenue stream. Specifically, lenders with which GCH was expecting to consummate a business relationship declined to engage with GCH mostly because they did not have the bandwidth necessary to devote to the incorporation of GCH while transitioning to a remote work environment and handling claims from borrowers seeking financial refuge under federally mandated programs. Additionally, GCH's non-profit credit counseling partners saw a decline in enrollment of new clients who could no longer afford the fees associated with credit counseling. Because licensing fees that GCH collects from its partners are dependent upon consumer enrollment, its revenue decreased as the enrollments declined.

The Debtors determined that they would not be able to sustain the cost of operations over the long term without an infusion of capital. Shortly before filing of these cases, the Debtors were able to identify an entity that was both interested in acquiring the Debtors' assets and had the ability to service the Debtors' obligations related to its platform and services. The Debtors entered into a management services agreement with that entity in order to preserve the business operations, preserve jobs, and continue to service the Debtor's clients. Pursuant to this agreement, the servicer provides the services to the clients, collects the fees due from clients, is responsible to pay costs associated with providing services, and pays the Debtor an agreed upon fee. Absent the acquisition by an entity capable of servicing the Debtors' obligations, the Debtors would have no choice but to terminate any remaining employees and surrender all assets to the secured lender, resulting in no recovery to any other creditor or party in interest and the termination of the Debtor's platform that services approximately 1,000 consumers.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

| Officer/Director | Salary & Benefits |
|---|---|
| Beta Music Group, Inc.: Elizabeth Karwowski, President & Sole Director | Salary is $150,000.00 per an employment agreement, but Ms. Karwowski did not take any salary during the one-year period preceding the filing of the bankruptcy petition. Ms. Karwowski was also supposed to be granted shares, but did not take any. |
| Get Credit Healthy, Inc.: Elizabeth Karwowski, President & Sole Director | $120,000.00, plus telephone ($300) and payments for vehicle and vehicle insurance up to $1000 monthly. |

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

| Gross Income | Amount |
|---|---|
| Beta Music Group, Inc. January 1, 2021 - Petition Date: January 2020 – December 31, 2020: | January 1, 2020 – December 31, 2020: $0.00 January 1, 2021 to Present  $0.00 |
| Get Credit Healthy, Inc. January 1, 2021 - Petition Date: January 2020 – December 31, 2020: | January 1, 2020-December 31, 2020: $495,914.44 January 1, 2021-Present: $100,787.50 |

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: **$27,300**

| Priority Tax Obligations | Amount |
|---|---|
| IRS | $3,553.75 (payroll, social security, medicare and other taxes) |
| Florida Dept of Revenue | $0 |
| Broward County | $0 |
| Priority Wages (Beta Music Group) | $27,300 |
| IL State Tax | $507.87 |
| PA State Taxes | $76.24 |

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

| Name of Secured Creditor | Description/Estimated Value | Amount Owed |
|---|---|---|
| U.S. Small Business Administration | All assets (Get Credit Healthy only) | $150,000 principal, plus interest |

c. Amount of unsecured claims: **(i) Beta Music Group, Inc. -** a**pproximately $1,336,478.78; (ii) Get Credit Healthy, Inc. – approximately $917,176.22.**

9. General description and approximate value of the Debtors' assets:

**Beta Music Group, Inc.:**

| Description of Asset | Approximate Value of Asset |
|---|---|
| Stock: 100% ownership interests in Get Credit Healthy, Inc. | $0 as the Debtor does not believe there is equity in the assets of Get Credit Healthy above its debts. |
| Bank Account: Bank of America | $191.39 |
| Net Operating Losses | 2019: $802,497<br>2020: unknown |

**Get Credit Healthy, Inc.:**

| Description of Asset | Approximate Value of Asset |
|---|---|
| Bank Account(s): Bank of America<br><br>Popular Bank | $5,289.96 as of 3/5/21<br><br>$233.24 |
| Accounts Receivable: | $53,255.00 |

| Trademark(s): "getcredithealthy we make it easy" getcredithealthy We Make it Easy | unknown |
|---|---|
| License Agreements with various not for profits | unknown |
| Websites: getcredithealthy.com; gchuniversity.com; gch360.com | Unknown |
| Software used by Get Credit Healthy, Inc. in its business operations | Unknown |

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**Beta Music Group, Inc.:** NONE (has no independent operations)

**Get Credit Healthy, Inc.:**

| Insurer & Policy # | Property Covered | Amount of Coverage | Premium current? Date premium due/ Expiration |
|---|---|---|---|
| Travelers Indemnity Company of America Policy #8L669364 | Workers Compensation and Employers Liability | Bodily injury by accident: $100,000 each accident Bodily injury by disease: $500,000 Policy limit Bodily injury by disease: $100,000 Each employee | Yes 02-01-21 to 02-01-22 |
| Evanston Insurance Company Policy #MKLV3PEO001375 | Professional Liability: IT professionals | $1,000,000 each claim and $1,000,000 in aggregate | Yes 9/26/20 to 9/26/21 |
|  | TCPA Violation | $25,000 |  |
|  | FCRA Violation | $25,000 |  |
|  | Sexual Injury | $10,000 |  |

|  | Third Party Discrimination | $25,000 |  |
|  | Disciplinary Proceeding | $25,000 per day maximum |  |
|  | Loss of Earnings and Expense Reimbursement | $10,000/$25,000 per day maximum |  |
|  | Pre-Claim Assistance Expenses | $5,000 per day maximum |  |
|  | Public Relations Expenses | $5,000 per day maximum |  |
|  | Subpoena and Record Request Assistance | $5,000 per day maximum |  |
|  | Data Breach Network and Information Security and Media Injury | $1,000,000 each claim/aggregate |  |
|  | Media Injury Liability | $1,000,000 each claim/aggregate |  |
|  | Loss of Earnings and Expense Reimbursement: | $5,000 per day maximum |  |

11. Number of employees and amounts of wages owed as of petition date:

**Beta Music Group, Inc.:**

| **Number of Employees** | **Wages Owed** |
| --- | --- |
| 2 | $161,900.00 |

**Get Credit Healthy, Inc.:**

| **Number of Employees** | **Wages Owed** |
| --- | --- |
| 5 | $0.00 |

12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Payroll tax obligations in the amount of $968.63 incurred as of Petition Date (due post-petition – proposed to be paid when due in ordinary course, i.e., March 19, 2021).**

    **Debtors are not subject to sales tax.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    a. Applications to employ counsel for the Debtors;

    b. Motion for Authority to Use Cash Collateral;

    c. Debtors' Motion For Entry Of (1) An Order Approving (A) Bidding Procedures, (B) Assumption Procedures, (C) The Form And Manner Of Notices, (D) Sale Agreements With Stalking Horse Bidder, And (E) Scheduling An Auction, A Sale Hearing, And Establishing Dates And Deadlines Related Thereto; and (2) An Order (A) Authorizing The Sale Of Substantially All Of The Debtors' Assets, Free And Clear Of All Liens, Claims, And Encumbrances, (B) Granting The Purchaser The Protections Afforded To A Good Faith Purchaser, And (C) Granting Related Relief

*[Signature Page Follows]*

Dated: March __5__, 2021

BETA MUSIC GROUP, INC.

By: _____
Elizabeth Karwowski, President

GET CREDIT HEALTHY, INC.

By: _____
Elizabeth Karwowski, President