**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In re Case No. 21-12199-SMG

Beta Music Group, Inc. Chapter 11

Debtors.
_______________________________________/

**FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE**

Pursuant to Local Rule 3022-1(A), the undersigned files this Final Report and Motion for Final Decree and represents:

1. On July 29, 2021, the Court entered its *Order (I) Confirming the Debtors' Subchapter V Amended Joint Plan of Liquidation, as Modified and (II) Setting Post-Confirmation Status Conference* [ECF No. 207](the "Confirmation Order"), which approved the Amended Joint Plan of Liquidation by Beta Music Group, Inc. and Get Credit Healthy, Inc. Dated March 23, 2021 [ECF No. 51], as modified by the Amended and Restated Modifications to Amended Joint Plan of Liquidation by Beta Music Group, Inc. and Get Credit Healthy, Inc. Dated March 23, 2021 [ECF No. 196] (collectively, the "Plan").

2. The Plan provided for no distribution to creditors of Beta Music Group, Inc., and that all equity interests be extinguished.

3. As a result, on December 10, 2021, the Court entered its *Order on Post-Confirmation Status Conference* [ECF No. 238], which required, among other things, that: (a) the cases of Beta Music Group, Inc., Case No.: 21-12199 (the "BEMG Case") and GCH Wind Down, Inc., Case No.:21-12201 (the "GCH Case") no longer be jointly administered; and (b) Debtors' counsel be required to file a Final Report and Motion for Entry of Final Decree in the

BEMG Case.

4. All administrative claims and expenses that were required to be paid pursuant to the Plan and Confirmation have been paid in full, or appropriate arrangements have been made for the full payment thereof. A summary of such fees and expenses is as follows:

| **Amount** | **Payee** |
|---|---|
| $6,814.70 | Maria M. Yip, Subchapter V Trustee[1] |
| $5,237.80 | Markowitz, Ringel, Trusty & Hartog, P.A., counsel for Debtor (Confirmation Date)[2] |
| **$12,052.50** | **Total** |

The undersigned respectfully requests that this court enter a final decree and close this fully administered case.

**MARKOWITZ RINGEL TRUSTY & HARTOG, P.A.**
*Counsel for the Chapter 11 Debtors*
101 NE Third Ave., Suite 1210
Fort Lauderdale, FL 33301
Tel: (954) 767-0030 // Fax: (954) 767-0035

By:*/s/ Alan R. Rosenberg*
ALAN R. ROSENBERG
Fla. Bar No. 92004
arosenberg@mrthlaw.com

[1] Because the Estate of Beta Music Group, Inc. did not have sufficient funds, the Estate of Get Credit Healthy, Inc. was authorized to pay this amount. *See* ECF No. 201.
[2] Because the Estate of Beta Music Group, Inc. did not have sufficient funds, the Estate of Get Credit Healthy, Inc. was authorized to pay $3,260.31 of expenses. *See* ECF No. 206. The remaining $1,977.49 came from the balance of the initial retainer. *See* ECF No. 88.